UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

B.R.S., a minor, by and through )
his Guardian ad Litem, Beth )
Culotta, individually, and as )
Successor in Interest to the Claims)
of Joshua Sznaider; Ronald )
Sznaider; Michele Sznaider, )
)
        Plaintiffs, )
)
vs. ) Case No.: CV 13-01644 DMG
)       (SPx)
CITY OF PALM SPRINGS; CHIEF )
ALBERTO FRANZ, individual; and DOES)
ONE through TEN, inclusive, )
)
        Defendants. )

| | |
|---|---|
| DEPOSITION OF: | Andrew Kiley |
| DATE AND TIME: | September 12, 2014<br>10:08 a.m. |
| LOCATION: | 74-900 Highway 111<br>Suite 216<br>Indian Wells, California |
| REPORTER: | Laura S. Shackelford, CSR<br>Certificate No. 3568 |
| | Reference No.: 31964 |



Ayotte & Shackelford
Computerized Court Reporting Service

e-mail PSCSR@aol.com      (800) 767-7201      (760) 340-2181
74-900 Highway 111, Suite 216, Indian Wells, CA 92210
www.ayotteshackelford.com

EXHIBIT T-1

-1-

CERTIFICATE

OF

DEPOSITION OFFICER

I, Laura S. Shackelford, Certified Shorthand Reporter, in and for the State of California, do hereby certify:

That the testimony in the foregoing transcript is the original deposition taken before me at the time and place therein set forth, at which time Andrew Kiley was duly sworn by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed, and that the foregoing 199 pages contain a true record of the testimony given by the witness;

That the dismantling of the original transcript will void the reporter's certificate.

In witness whereof, I have subscribed my name this date: September 22, 2014

LAURA S. SHACKELFORD, CSR
Certificate No. 3568

Ayotte & Shackelford, Inc.                                760-340-2181