UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

# ORIGINAL

B.R.S., a minor, by and through his Guardian ad Litem, Beth Culotta, individually, and as Successor in Interest to the Claims of Joshua Sznaider; Ronald Sznaider; Michele Sznaider,

    Plaintiffs,

vs.

CITY OF PALM SPRINGS; CHIEF ALBERTO FRANZ, individual; and DOES ONE through TEN, inclusive,

    Defendants.

Case No.: CV 13-01644 DMG (SPx)

| | |
|---|---|
| DEPOSITION OF: | WILLIAM HENRY DE LA CAMPA |
| DATE AND TIME: | September 15, 2014<br>8:26 a.m. |
| LOCATION: | 74-900 Highway 111<br>Suite 216<br>Indian Wells, California |
| REPORTER: | Mirella O. Leyva, CSR, RPR<br>Certificate No. 11614<br>Reference No.: 31965WHD |



**Ayotte & Shackelford**
Computerized Court Reporting Service

e-mail PSCSR@aol.com     (800) 767-7201     (760) 340-2181
74-900 Highway 111, Suite 216, Indian Wells, CA 92210
www.ayotteshackelford.com

EXHIBIT V-1

-1-

B.R.S. v. City of PS, et al.          William De La Campa

CERTIFICATE

OF

DEPOSITION OFFICER

I, Mirella O. Leyva, Certified Shorthand Reporter, in and for the State of California, do hereby certify under the laws of the State of California:

That the testimony in the foregoing transcript is the deposition taken before me at the time and place therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed, and that the foregoing is a true record of the testimony given by the witness.

In witness whereof, I have subscribed my name this date: _____September 22, 2014_____.

MIRELLA O. LEYVA, CSR, RPR
Certificate No. 11614