UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CERTIFIED COPY**

B.R.S., a minor, by and through ) \
his Guardian ad Litem, Beth ) \
Culotta, individually, and as ) \
Successor in interest to the ) \
claims of Joshua Sznaider; Ronald ) \
Sznaider, Michele Sznaider, ) \
                                                    Plaintiffs, ) \
                                                          ) Case No \
       vs.                                     ) CV-13-01644 \
                                                       ) DMG (SPx) \
CITY OF PALM SPRINGS; CHIEF ) \
ALBERTO FRANZ, individually; and ) \
DOES 1 through 10, inclusive, ) \
                                              Defendants. )

DEPOSITION OF:   OFC. CARY CARRILLO

DATE AND TIME:   OCTOBER 10, 2014 \
                           10:05 a.m. - 4:38 p.m.

PLACE:   74-900 HIGHWAY 111 \
            SUITE 216 \
            INDIAN WELLS, CALIFORNIA

REPORTER:   KAREN I. PEARSON-BELL, RPR \
               CSR CERTIFICATE NO. 3557

REFERENCE NO.:   32071



Ayotte & Shackelford \
Computerized Court Reporting Service \
e-mail PSCSR@aol.com    (800) 767-7201    (760) 340-2181 \
74-900 Highway 111, Suite 216, Indian Wells, CA 92210 \
www.ayotteshackelford.com

EXHIBIT Z-1

CERTIFICATION

OF

DEPOSITION COPY

I, Karen I. Pearson-Bell, Certified Shorthand Reporter, in and for the State of California, do hereby certify:

That the foregoing transcript is a certified copy of the deposition taken before me at the time and place therein set forth, at which time the witness was duly sworn by me.

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and was thereafter transcribed, said transcript being a true certified copy of my shorthand notes thereof and a true record of the testimony given by the witness.

IN WITNESS WHEREOF, I have subscribed my name this date: October 16, 2014.



KAREN I. PEARSON-BELL, C.S.R.
CERTIFICATE NO. 3557

Ayotte & Shackelford, Inc. PSCSR@AOL.COM          760-340-2181