1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.R.S., a minor, by and through his Guardian ad Litem, BETH CULOTTA, individually, and as Successor in Interest to the Claims of JOSHUA SZNAIDER; RONALD SZNAIDER; MICHELE SZNAIDER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PALM SPRINGS; CHIEF ALBERTO FRANZ, individually; and DOES One through Ten, inclusive,<br><br>Defendants. | Case No. ED CV 13-1644 DMG (SPx)<br><br>**ORDER APPROVING COMPROMISE OF MINOR'S CLAIM** (Local Rule 17-1) |

Pursuant to Local Rule 17-1, having considered Plaintiff's Motion for Order Approving Compromise of Minor's Claim, the documents and evidence submitted therewith, including the Settlement Agreement and Release, with Addendum, having considered the terms of the proposed settlement and compromise, and for good cause shown, the Court hereby GRANTS Plaintiff's Motion and approves the compromise of Plaintiff's claims herein as follows:

IT IS HEREBY ORDERED that the case shall be compromised for the sum of

1  $700,000.00.  Funds in the amount of $448,886.00 will be tendered to The
2  Prudential Insurance Company of America pursuant to the Addendum to the
3  Settlement Agreement and Release filed with the Motion.  The balance of the funds
4  shall be disbursed as follows:
5       1.     $175,000.00 to the Law Offices of Christopher C. Vader as attorneys'
6              fees; and
7       2.     $76,114.00 to the Law Offices of Christopher C. Vader as reimbursement
8              for costs advanced.

10 DATED:  April 24, 2015

                                    _____
                                           DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE